IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JONATHAN ROGOFF,**

      **Plaintiff,**

v.	No. CIV-10-1041 LAM

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

      **Defendant.**

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed a Complaint on November 4, 2010 (*Doc. 1)*, and Defendant filed an Answer on March 17, 2011 *(Doc. 8)*. On March 18, 2011, the Court entered an ***Order Setting Briefing Schedule*** *(Doc. 9)*, wherein Plaintiff was ordered file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law by May 18, 2011. To this date, Plaintiff has not filed such a motion or requested an extension of time.

A district court has inherent power to dismiss a case, even with prejudice, *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This Court's local rules provide that a case may be dismissed if no steps are taken to move a case forward for ninety days. D.N.M. LR-Civ. 41.1. Here, Plaintiff has failed to comply with the Court's order to file a motion to reverse or remand.

**WHEREFORE, IT IS HEREBY ORDERED THAT no later than June 8, 2011**, Plaintiff shall either file with the Court a Motion to Reverse or Remand Administrative Agency Decision

with a supporting memorandum of law, or file with the Court a response to this Order showing cause why this case should not be dismissed.  Whichever he chooses to file, Plaintiff must serve a copy on Defendant.  *Plaintiff is also hereby notified that failure to respond to this Order may result in dismissal of this case without further notice*.

    **IT IS SO ORDERED.**

    _____
    **LOURDES A. MARTÍNEZ**
    **UNITED STATES MAGISTRATE JUDGE**
    **Presiding by Consent**