IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JONATHAN ROGOFF,**

    **Plaintiff,**

vs.                                      **No. CIV-10-1041 LAM**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

    **Defendant.**

# FINAL ORDER

**PURSUANT TO** the *Memorandum Opinion and Order* (*Doc. 27*) entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 19)* and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (*Doc. 27*).

    **IT IS SO ORDERED.**

                                                                _/s/ Lourdes A. Martínez_
                                                   **THE HONORABLE LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**
                                                   **Presiding by Consent**